when reached, and upon the further condition that appellants pay respondent fifty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CONCETTA DI PAOLA, Respondent, v. FRANK BAMBARA, Appellant, and Another, Defendant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CELIA FINK, Respondent, v. BERTRAM FINK, Appellant.— Motion to vacate temporary stay denied; alimony, as it accrues, to be paid at the rate of fifty dollars a week pending the determination of the appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CELIA FINK, Respondent, v. BERTRAM FINK, Appellant.— Motion to add appeal to calendar of May fifteenth granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

BERNARD HOLLAND, an Infant, by PHILIP HOLLAND, His Guardian ad Litem, Respondent, v. VILLAGE OF HEMPSTEAD, Appellant. ALFRED H. VANDEWATER and KATE S. VANDEWATER, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOHN W. HOUSE, Individually and as Executor, etc., of IMOGENE BARKER HOUSE, Deceased, Appellant, v. RACHEL ELLIOTT BARKER, as Administratrix, etc., of WALTER G. BARKER, Deceased, and Others, Defendants. CHARLES A. BARKER and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOHN W. HOUSE, Individually and as Executor, etc., of IMOGENE BARKER HOUSE, Deceased, Appellant, v. RACHEL ELLIOTT BARKER, as Administratrix, etc., of WALTER C. BARKER, Deceased, and Others, Defendants. AMERICAN NATIONAL BANK OF MT. VERNON, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOHN W. HOUSE, Individually and as Executor, etc., of IMOGENE BARKER HOUSE, Deceased, Appellant, v. RACHEL ELLIOTT BARKER, as Administratrix, etc., of WALTER G. BARKER, Deceased, and Others, Defendants. CHARLES GIBSON and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on the Southerly Side of Avenue S, between West Fourth and West Fifth Streets, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted on consent. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.